IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50835
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,

versus

GREG HALL,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-95-CR-21-1
- - - - - - - - - -
July 31, 1996

Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Greg Hall appeals his conviction of distribution of cocaine base.  He contends solely that his guilty plea is invalid because the district court violated Fed. R. Crim. P. 11(c)(1).  The district court's error in advising Hall that he faced four years of supervised release when he really faced five was harmless error inasmuch as the sentence of which he was warned was substantially greater than that which he received.  See United

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

States v. Pierce, 5 F.3d 791, 793-94 (5th Cir. 1993). Likewise, the district court's failure to advise Hall of all the consequences of violating his term of supervised release cannot be considered a material factor which affected his decision to plead guilty. See United States v. Johnson, 1 F.3d 296, 302 (5th Cir. 1993) (en banc).

AFFIRMED.